UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RONALD DAVIS,

                Plaintiff,

-v-                              No. 10 Civ. 8241 (RA)

THE CITY OF NEW YORK and PRISON        ORDER
HEALTH SERVICES, INC.,

                Defendants.
-----------------------------------------------------------X

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

RONNIE ABRAMS, United States District Judge:

      It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:     May 23, 2013
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge



99 Park Avenue New York, NY 10016-1601
Tel: 212-286-8585  Fax: 212-490-8966
www.hpmb.com

Jesse D. Capell
Associate
jcapell@hpmb.com

May 23, 2013

**VIA E-MAIL:** *Abrams_NYSDChambers@nysd.uscourts.gov*

Hon. Ronnie Abrams
United States Courthouse
500 Pearl Street, Room 620
New York, New York  10007-1312

Re:  Ronald Davis v. The City of New York and Prison Health Services, Inc.
     Civil Docket No.:  10 cv 8241
     Our File No.:  611-3185

Dear Judge Abrams:

    Our law firm represents the defendants in the above-referenced matter.  Plaintiff alleged, *inter alia*, that defendants were deliberately indifferent to his medical needs under 42 U.S.C. § 1983.

    On May 15, 2013, the parties met before Magistrate Sarah Netburn for a settlement conference.  Judge Netburn was gracious enough to spend the entire morning with the parties, and made a settlement recommendation, which the parties have agreed to in principle.  We are now in the process of reducing our agreement to writing.

                                          Respectfully submitted,

                                          /s/

                                          Jesse D. Capell

JDC:jk

Hon. Ronnie Abrams
Re: Ronald Davis v. The City of New York and Prison Health Services, Inc.
May 23, 2013
Page -2-



cc: **VIA E-MAIL:** *maria@tliotti.com*

Thomas F. Liotti, Esq.
Law Offices of Thomas F. Liotti, LLC
600 Old Country Road, Suite 530
Garden City, New York 11530

1074589.1